DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SOUTHERN OAK INSURANCE COMPANY,**
Appellant,

v.

**ROBERT FRANKL** and **TRUDY FRANKL,**
Appellees.

No. 4D2023-0993

[February 15, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Robinson, Judge; L.T. Case No. CACE21003078.

Evan A. Zuckerman and Joshua M. Goulet of Vernis & Bowling of Broward, P.A., Hollywood, for appellant.

John J. Shahady of Shahady & Wurtenberger, P.A., Fort Lauderdale, and Joshua A. Blacksten of Blacksten, Zelaya, & Perez, PLLC, Hollywood, for appellees.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and CONNER, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***